**Paula A. Barran,** OSB No. 803974
pbarran@barran.com
**Shayda Zaerpoor Le,** OSB No. 121547
sle@barran.com
Barran Liebman LLP
601 SW Second Avenue
Suite 2300
Portland, Oregon 97204-3159
Telephone: (503) 228-0500
Facsimile No.: (503) 274-1212
Attorneys for Defendants

UNITED STATES DISTRICT COURT<br>DISTRICT OF OREGON<br>Portland

| | |
|---|---|
| ALEXANDREA CROMWELL,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>UNIVERSITY CLUB, a domestic nonprofit corporation; JOSH WILCOX, an individual; & TOM PENN, an individual,<br><br>　　　　　　　　Defendants. | CV. 3:17-cv-01419-YY<br><br>STIPULATED MOTION FOR GENERAL JUDGMENT OF DISMISSAL WITH PREJUDICE |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the parties move the court for dismissal of the above-referenced case with prejudice and without costs or fees to any party.

//
//
//
//
//
//
//

Page 1 – STIPULATED MOTION FOR GENERAL JUDGMENT OF DISMISSAL WITH PREJUDICE

IT IS SO STIPULATED:

PLAINTIFF

By: _____
Alexandrea Cromwell
Alicromwell95@gmail.com
Pro Se

BARRAN LIEBMAN LLP

By: _____
Paula A. Barran, OSB No. 803974
pbarran@barran.com
Shayda Zaerpoor Le, OSB No. 121547
sle@barran.com
Attorneys for Defendants

Page 2 – STIPULATED MOTION FOR GENERAL JUDGMENT OF DISMISSAL WITH PREJUDICE

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of August, 2018, I served the foregoing **STIPULATED MOTION FOR GENERAL JUDGMENT OF DISMISSAL WITH PREJUDICE** on the following party at the following address:

Alexandrea Cromwell
11885 SW 91st Ave. #35
Portland, OR 97223
Alicromwell95@gmail.com
Pro Se

by the following indicated method(s) set forth below:

- ☐ **Electronic Filing Using the Court's ECF System**
- ☒ **Email**
- ☒ **First-class mail, postage prepaid**
- ☐ **Hand-delivery**

_____
Shayda Zaerpoor Le

Page 1 – CERTIFICATE OF SERVICE