**Paula A. Barran,** OSB No. 803974
pbarran@barran.com
**Shayda Zaerpoor Le,** OSB No. 121547
sle@barran.com
Barran Liebman LLP
601 SW Second Avenue
Suite 2300
Portland, Oregon 97204-3159
Telephone: (503) 228-0500
Facsimile No.: (503) 274-1212
Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Portland

| | |
|---|---|
| ALEXANDREA CROMWELL, | CV. 3:17-cv-01419-YY |
| Plaintiff, | |
| v. | STIPULATED GENERAL JUDGMENT OF DISMISSAL WITH PREJUDICE |
| UNIVERSITY CLUB, a domestic nonprofit corporation; JOSH WILCOX, an individual; & TOM PENN, an individual, | |
| Defendants. | |

Based upon the Stipulated Motion for General Judgment of Dismissal with Prejudice of the Parties hereto and the signatures below,

IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed with prejudice and without costs or fees to any party.

DATED this 21st day of August, 2018.

/s/Youlee Yim You
Judge Youlee Yim You

//

//

Page 1 – STIPULATED GENERAL JUDGMENT OF DISMISSAL WITH PREJUDICE

00737953.1

BARRAN LIEBMAN LLP
601 SW SECOND AVENUE, SUITE 2300
PORTLAND, OR 97204-3159
PHONE (503) 228-0500  FAX (503) 274-1212

IT IS SO STIPULATED:

PLAINTIFF

By: _____
Alexandrea Cromwell
Alicromwell95@gmail.com
Pro Se

BARRAN LIEBMAN LLP

By: _____
Paula A. Barran, OSB No. 803974
pbarran@barran.com
Shayda Zaerpoor Le, OSB No. 121547
sle@barran.com
Attorneys for Defendants

Page 2 -- STIPULATED GENERAL JUDGMENT OF DISMISSAL WITH PREJUDICE

00737953.1

BARRAN LIEBMAN LLP
601 SW SECOND AVENUE, SUITE 2300
PORTLAND, OR 97204-3159
PHONE (503) 228-0500  FAX (503) 274-1212

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of August, 2018, I served the foregoing **STIPULATED GENERAL JUDGMENT OF DISMISSAL WITH PREJUDICE** on the following party at the following address:

Alexandrea Cromwell
11885 SW 91st Ave. #35
Portland, OR 97223
Alicromwell95@gmail.com
Pro Se

by the following indicated method(s) set forth below:

- ☐ **Electronic Filing Using the Court's ECF System**
- ☒ **Email**
- ☒ **First-class mail, postage prepaid**
- ☐ **Hand-delivery**

_____
Shayda Zaerpoor Le

Page 1 – CERTIFICATE OF SERVICE